```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 25847
   TODD J MALAND
   LEANN M MALAND                         CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2914    SSN XXX-XX-7929


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/12/04 and confirmed on 10/05/04.

   2.  The case was converted to Chapter 7 after confirmation, 01/12/2008.

   3.  The Debtor paid a total of $  16297.80 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------------
ROUNDUP FUNDING LLC       SECURED            3500.00       283.65       3500.00
MAZDA AMERICAN CREDIT     UNSECURED         12267.06          .00       6334.05
ECONOMY FURNTURE          SECURED            1000.00          .00       1000.00
ALLIED DATA CORP          UNSECURED         NOT FILED        .00            .00
ASHWORTH COLLEGE          UNSECURED         NOT FILED        .00            .00
AT&T                      UNSECURED         NOT FILED        .00            .00
CAB SERVICES INC          UNSECURED         NOT FILED        .00            .00
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED        .00            .00
HSBC                      UNSECURED         NOT FILED        .00            .00
MCI TELECOMMUNICATIONS    UNSECURED         NOT FILED        .00            .00
PRAIRIE EMERGENCY SERVIC  UNSECURED            242.00        .00         124.97
PROVENA ST JOSEPH MEDICA  UNSECURED         NOT FILED        .00            .00
SILVER CROSS HOSPITAL     UNSECURED         NOT FILED        .00            .00
CREDIT ACCEPTANCE CORP    CURRENT MORTG         .00          .00            .00
ECONOMY FURNTURE          UNSECURED          1297.36         .00         669.88
ROUNDUP FUNDING LLC       UNSECURED          2615.38         .00        1350.43
           Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED  4500.00        .00       16421.80        .00       20921.80
PRINCIPAL PAID      4500.00        .00        8479.33        .00       12979.33
INTEREST PAID        283.65        .00            .00        .00         283.65
TOTAL PAID          4783.65        .00        8479.33        .00       13262.98
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $    648.14 .

Refunds to the Debtor totaled $    186.68 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 25847 TODD J MALAND & LEANN M MALAND